**JUDGE SCHEINDLIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

INDUSTRIAL FERRO-DISTRIBUIDORA
S.A. (FERRODISA),

             Plaintiff,

- against -

SPORTSQUEEN MARITIME LTD.,

             Defendant.
-----------------------------------------------------------X

07 CV 7491

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: August ___, 2007
      New York, NY

                                  The Plaintiff,
                                  INDUSTRIAL FERRO-DISTRIBUIDORA
                                  S.A. (FERRODISA)

                                  By: _/s/ Kevin J. Lennon_
                                  Kevin J. Lennon (KL-5072)
                                  Charles E. Murphy (CM 2125)

                                  LENNON, MURPHY & LENNON LLC
                                  The GrayBar Building
                                  420 Lexington Avenue, Suite 300
                                  New York, NY 10170
                                  (212) 490-6050 - phone
                                  (212) 490-6070 - facsimile
                                  kjl@lenmur.com
                                  cem@lenmur.com