CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
INDUSTRIAL FERRO-DISTIBUIDORA S.A.  :
(FERRODISA)                                                              :
                                                                                    :
                    Plaintiff,                        :    **07-CV-7491**
                                                                                    :
            v.                                              :    **NOTICE OF**
                                                                                    :    **APPEARANCE**
SPORTSQUEEN MARITIME LTD.,        :
                                                                                    :
                                                                                    :
                    Defendant.                    :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        August 30, 2007

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

              By:    _____
                            Richard J. Reisert (RR-7118)
                            7800 River Road
                            North Bergen, NJ 07047
                            Tel: (201) 537-1200
                            Fax: (201) 537-1201
                            Email:  reisert@navlaw.com