# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

October 19, 2007

*Via Facsimile (212) 805-7920*
Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1581

RECEIVED CHAMBERS OF
OCT    2007
JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07

Re:   Industrial Ferro-Distrubuidora S.A. v. Sportsqueen Maritime Ltd
      Docket #: 07-cv-07491-SAS
      Our Ref: 07-1192

Dear Judge Scheindlin:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Thursday, October 25, 2007 at 4:30 p.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On August 28, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained.

As Defendant has not appeared and no funds have been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (NP 2871)

NRP/bhs

*Plaintiff's request is granted. The conference previously scheduled for Oct. 25, 2007 is adjourned to Jan. 22, 2008, at 4:30 p.m. No further adjournments will be granted. So ORDERED:*

*Shira A. Scheindlin, USDJ*

Date: Oct 22, 2007